United States Bankruptcy Court
District of Arizona

In re  Timothy Ray Wright
                Debtor

Case No. _____
Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Wells Fargo<br>P.O. Box 10335<br>Des Moines, IA 50306 | Wells Fargo<br>888-667-6059<br>Wells Fargo<br>P.O. Box 10335<br>Des Moines, IA 50306 | Deed of Trust | | $932,119.00<br><br>SECURED VALUE:<br>$750,000.00 |
| Country Wide Home Loans<br>Customer Service<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170<br>800-669-6607 | Country Wide Home Loans<br>800-669-6607<br>Country Wide Home Loans<br>Customer Service<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170<br>800-669-6607 | Deed of Trust | | $670,000.00<br><br>SECURED VALUE:<br>$900,000.00 |
| Midfirst Bank<br>3030 East Camelback<br>Phoenix, AZ 85016 | Midfirst Bank<br>800-877-1674<br>Midfirst Bank<br>3030 East Camelback<br>Phoenix, AZ 85016 | Deed of Trust | | $618,944.00<br><br>SECURED VALUE:<br>$1,000,000.00 |
| Country Wide Home Loans<br>Customer Service<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170<br>800-669-6607 | Country Wide Home Loans<br>800-669-6607<br>Country Wide Home Loans<br>Customer Service<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170<br>800-669-6607 | Deed of Trust | | $594,000.00<br><br>SECURED VALUE:<br>$750,000.00 |
| Midfirst Bank<br>3030 East Camelback<br>Phoenix, AZ 85016 | Midfirst Bank<br>800-877-1674<br>Midfirst Bank<br>3030 East Camelback<br>Phoenix, AZ 85016 | Deed of Trust | | $571,600.00<br><br>SECURED VALUE:<br>$875,000.00 |
| Wells Fargo<br>P.O. Box 10335<br>Des Moines, IA 50306 | Wells Fargo<br>888-667-6059<br>Wells Fargo<br>P.O. Box 10335<br>Des Moines, IA 50306 | Deed of Trust | | $309,200.00<br><br>SECURED VALUE:<br>$810,000.00 |

In re <u>Timothy Ray Wright</u>, Case No. _____
Debtor  
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Chase<br>Customer Service<br>P.O. Box 9176<br>Coppell, TX 75019-9176<br>800-848-9136 | Chase<br>800-848-9136<br>Chase<br>Customer Service<br>P.O. Box 9176<br>Coppell, TX 75019-9176<br>800-848-9136 | Deed of Trust | | $231,944.00<br><br>SECURED VALUE:<br>$400,000.00 |
| Bank of Oklahoma<br>P.O. Box 35688<br>Tulsa, OK 74153-0688<br>800-947-7061 | Bank of Oklahoma<br>800-947-7061<br>Bank of Oklahoma<br>P.O. Box 35688<br>Tulsa, OK 74153-0688<br>800-947-7061 | Deed of Trust | | $210,600.00<br><br>SECURED VALUE:<br>$222,000.00 |
| Compass<br>P.O. Box 10566<br>Birmingham, AL 35296 | Compass<br>800-239-1996<br>Compass<br>P.O. Box 10566<br>Birmingham, AL 35296 | Deed of Trust | | $187,500.00<br><br>SECURED VALUE:<br>$150,000.00 |
| Washington Federal<br>425 Pike St<br>Seattle, WA 98101 | Washington Federal<br>800-324-9375<br>Washington Federal<br>425 Pike St<br>Seattle, WA 98101 | Deed of Trust | | $180,380.00<br><br>SECURED VALUE:<br>$197,000.00 |
| Merrill Lynch<br>Mortgage Service Center<br>P.O. Box 5459<br>Mt. Laurel, NJ 08054-5459 | Merrill Lynch<br>888-412-8625<br>Merrill Lynch<br>Mortgage Service Center<br>P.O. Box 5459<br>Mt. Laurel, NJ 08054-5459 | Deed of Trust | | $172,323.00<br><br>SECURED VALUE:<br>$320,000.00 |
| Compass<br>P.O. Box 10566<br>Birmingham, AL 65296<br>800-239-1996 | Compass<br>800-239-1996<br>Compass<br>P.O. Box 10566<br>Birmingham, AL 65296<br>800-239-1996 | Deed of Trust | | $166,000.00<br><br>SECURED VALUE: |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Timothy Ray Wright**, Case No. _____

Debtor            Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | Bank of America<br>800-478-6030<br>Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | | | $151,017.92 |
| Chase<br>Customer Service<br>P.O. Box 9176<br>Coppell, TX 75019-9176<br>800-848-9136 | Chase<br>800-848-9136<br>Chase<br>Customer Service<br>P.O. Box 9176<br>Coppell, TX 75019-9176<br>800-848-9136 | Deed of Trust | | $148,498.00<br><br>SECURED VALUE:<br>$225,000.00 |
| Compass<br>PO. Box 10566<br>Birmingham, AL 35296<br>800-239-1996 | Compass<br>800-239-1996<br>Compass<br>PO. Box 10566<br>Birmingham, AL 35296<br>800-239-1996 | Deed of Trust | | $142,632.00<br><br>SECURED VALUE:<br>$216,000.00 |
| Washington Federal<br>425 Pike St<br>Seattle, WA 98101 | Washington Federal<br>800-324-9375<br>Washington Federal<br>425 Pike St<br>Seattle, WA 98101 | Deed of Trust | | $142,176.00<br><br>SECURED VALUE:<br>$200,000.00 |
| Mike Fillian<br>14825 S. 13th Way<br>Phoenix, AZ 85048 | Mike Fillian<br>480-460-1000<br>Mike Fillian<br>14825 S. 13th Way<br>Phoenix, AZ 85048 | Deed of Trust | | $140,000.00<br><br>SECURED VALUE:<br>$300,000.00 |
| Bank of America<br>P.O. Box 21848<br>Greensboro, NC 27420-1848 | Bank of America<br>800-669-6607<br>Bank of America<br>P.O. Box 21848<br>Greensboro, NC 27420-1848 | Deed of Trust | | $130,200.00<br><br>SECURED VALUE:<br>$197,000.00 |

In re  Timothy Ray Wright                              , Case No. _____
                    Debtor                               Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Merrill Lynch Mortgage Service Center P.O. Box 5459 Mt. Laurel, NJ 08054-5459 | Merrill Lynch 888-412-8625 Merrill Lynch Mortgage Service Center P.O. Box 5459 Mt. Laurel, NJ 08054-5459 | Deed of Trust | | $125,975.00  SECURED VALUE: $164,000.00 |
| Wells Fargo P.O. Box 10335 Des Moines, IA 50306 | Wells Fargo 888-667-6059 Wells Fargo P.O. Box 10335 Des Moines, IA 50306 | Deed of Trust | | $122,500.00  SECURED VALUE: $775,000.00 |

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# DECLARATION

I, Timothy Ray Wright, declare under penalty of perjury that the foregoing list of Creditors Holding 20 Largest Unsecured Claims is true and correct.

Dated this 14th day of December, 2009.

/s/ Timothy Ray Wright