1

**BURCH & CRACCHIOLO, P.A.**
702 East Osborn Road
2   Phoenix, Arizona 85014
Telephone (602)234-8762
3   Facsimile (602) 850-9762
hmeyers@bcattorneys.com
4
Howard C. Meyers, SBA #005007
5
Attorneys for Timothy Ray Wright
6

7

8               IN THE UNITED STATES BANKRUPTCY COURT

9                   FOR THE DISTRICT OF ARIZONA

10   In re:
                                          Chapter 11 Proceedings
11   TIMOTHY RAY WRIGHT,

12                                         Case No. 2:09-bk-32244
              Debtor and
13            Debtor-in-Possession

14   _____

15   PHH MORTGAGE CORPORATION,           **DEBTOR IN POSSESSION'S
                                         OBJECTION TO PHH MORTGAGE**
16                Movant,                **CORPORATION'S MOTION FOR
                                         STAY RELIEF**
17   v.
                                         RE: Real Property Located at
18   TIMOTHY RAY WRIGHT, Debtor and      129 E Vista Del Cerro Dr
19   Debtor-In-Possession               Tempe, AZ 85281

20                Respondent.

21   _____

22
            Timothy Ray Wright, debtor and debtor-in-possession in the above-
23
     captioned case (hereafter "Debtor"), appearing by and through his counsel
24
     undersigned Burch & Cracchiolo, P.A., hereby responds in opposition to the
25
     Motion to Lift Stay of PHH Mortgage Corporation (Administrative Docket Item 146)
26

(hereafter "Motion") and respects that the same be denied upon the following grounds:

1.      The interest of PHH Mortgage Corporation (hereafter "Secured Creditor") in the real property located at 129 E. Vista Del Cerro Dr., Tempe. Arizona (hereafter "Collateral") which is the subject of the Secured Creditor's Motion is adequately protected under the instant circumstances thus precluding the existence of cause to support the granting of stay relief as required by 11 U.S.C. § 362(d)(1). The value of the Collateral is stable and the Collateral is maintained in good condition. The Secured Creditor's claim as asserted in the Motion total amount of $260,000.00 plus accruing interest, costs and attorneys fees while the fair market vale of the Collateral is $285,000.00. Thus, the Debtor has  equity in the Collateral and the interest of the Movant is protected by an equity cushion of approximately $25,000.00. In addition, the Debtor has on hand sequestered cash collateral in which the Secured Creditor has an interest which provides additional collateral security and adequate protection for the benefit of the Secured Creditor.

2.      The Collateral is comprised of a single family residence with a guest house. The Collateral generates $1,527.00 per month in rent ($18,324.00 per annum).

3.      The Collateral which is the subject of the Secured Creditor's Motion is indispensable to an effective reorganization and, because the Debtor has equity in the Collateral, there are not grounds for relief to be granted pursuant to 11

- 2 -

U.S.C. § 362(d)(2).

    4.    A true and correct copy of the Residential Appraisal Report of Susan S. Miller, Certified Residential Real Estate Appraiser, Arizona State Board of Appraisal Certification #20019, with respect to the Collateral valuing the Collateral at a market value of $285,000.00 as of December 3, 2009, just immediately prior to the December 14, 2009, Chapter 11 petition date, is annexed hereto as Exhibit "A" and incorporated by this reference.

    WHEREFORE, the Debtor requests that this Court enter its Order denying the Secured Creditor's Motion and grant such other and further relief as the Court deems just and proper.

    DATED this 17th day of March, 2010.

                       BURCH & CRACCHIOLO, P.A.

                       By: /s/ Howard C. Meyers, SBA#005007
                          Howard C. Meyers, Of Counsel
                          702 East Osborn Road, Suite 200
                          P.O. Box 16882
                          Phoenix, Arizona 85011
                          Attorneys for Timothy Ray Wright,
                          Debtor and Debtor-In-Possession

Original Filed Electronically
with the United States Bankruptcy
Court for the District of Arizona
this 17th day of March, 2010.

Copy of the foregoing sent via
ECF to the following:

. . . .

All parties who have filed
Notices of Appearance

Copy of the foregoing
mailed this 17th day of
March, 2010, to:

U.S. Trustee's Office
230 N. First Ave., Suite 204
Phoenix, AZ 85003

Mark S. Bosco
Leonard J. McDonald
Tiffany & Bosco
2525 E. Camelback Road
Suite 300
Phoenix, AZ 85016

/s/ Becky Chesley

EXHIBIT "A"

**SUMMARY APPRAISAL**

## Residential Appraisal Report

The purpose of this summary appraisal report is to provide the client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address 129 East Vista Del Cerro Drive | City Tempe | State AZ Zip Code 85281 |

**SUBJECT**

Owner WRIGHT    Intended User Wright, Timothy R.    County Maricopa

Legal Description Lot 9, Block 2, University Estates (MCR 046-05)

Assessor's Parcel # 133-16-040    Tax Year 2009    R.E. Taxes $ 2,445.50

Neighborhood Name Tempe    Map Reference Page 149, LX-172    Census Tract 3190.00

Occupant ☐ Owner ☒ Tenant ☐ Vacant Special Assessments $ None Assumed ☐ PUD HOA $ N/A ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Intended Use Asset Management

Client Timothy R. Wright    Address 727 West University Drive, Tempe, AZ 85281

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). The subject has not been listed for sale in MLS in the past twelve months.

**CONTRACT**

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. N/A

Contract Price $    Date of Contract    Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the purchaser? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid. N/A

Note: Race and the racial composition of the neighborhood are not appraisal factors.

**NEIGHBORHOOD**

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban | ☐ Suburban | ☐ Rural | Property Values ☐ Increasing | ☒ Stable | ☐ Declining | PRICE | AGE | One-Unit | 55 % |
| Built-Up ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | Demand/Supply ☐ Shortage | ☒ In Balance | ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 15 % |
| Growth ☐ Rapid | ☒ Stable | ☐ Slow | Marketing Time ☒ Under 3 mths | ☐ 3-6 mths | ☐ Over 6 mths | 83 Low | 1 | Multi-Family | 10 % |
| Neighborhood Boundaries 1st Street to the North, Mill Avenue to the East, Broadway Road to the | | | | | | 520 High | 89 | Commercial | 15 % |
| South and Priest Drive to the West. | | | | | | 187 Pred. 45-51 | | Other | 5 % |

Neighborhood Description Subject neighborhood primarily consists of mature single family and multi-family developments of average quality construction. This is a strong demand area, located near Arizona State University, a major employer. Freeway access is within 2 miles, providing good access to Phoenix city centers. All residential related facilities are nearby. No adversities noted.

Market Conditions (including support for the above conclusions) Local/national economies are currently slow & real estate market conditions are soft, following a period of strong appreciation seen in 2004 to mid 2006. A period of significant price decline was seen following a growth period, from 2007-early 2009, however, current pricing appears to be stabilizing due to a limited supply of homes for sale.

**SITE**

| | |
|---|---|
| Dimensions 71' x 121.30' x 72' x 122.53' | Area 8,717 +/-sf | Shape Rectangular | View Residential |

Specific Zoning Classification R1-6    Zoning Description Single Family Residential

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe.
The only permitted use under the current zoning is residential.

| Utilities Public Other (describe) | | Public Other (describe) | | | Off-site Improvements–Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity ☒ | | Water ☒ | | | Street Asphalt | ☒ | |
| Gas ☒ | | Sanitary Sewer ☒ | | | Alley Rear-Dirt/Gravel | ☒ | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No FEMA Flood Zone X500 FEMA Map # 040054 2165H FEMA Map Date 09/30/2005

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe.
No adverse conditions were noted at inspection. No title report was provided for review. Site is landscaped with grass, trees and shrubs.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description materials/condition | | Interior materials/condition | |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls Concrete / Avg | | Floors Tile, Carpet / Avg | |
| # of Stories 1 | | ☐ Full Basement ☐ Partial Basement | Exterior Walls Block / Avg | | Walls Plaster / Avg | |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area None sq. ft. | | Roof Surface Asphalt / Avg | | Trim/Finish Painted Wood/Avg | |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish % | | Gutters & Downspouts Adeq Overhang | | Bath Floor Tile / Avg | |
| Design (Style) Ranch / Avg | | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type Crank Shaft / Avg | | Bath Wainscot Tile / Avg | |
| Year Built 1949 | | Evidence of ☐ Infestation | Storm Sash/Insulated NA | | Car Storage ☐ None | |
| Effective Age (Yrs) 35-40 | | ☐ Dampness ☐ Settlement | Screens None | | ☐ Driveway # of Cars | |
| Attic ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | Woodstove(s) # | Driveway Surface Concrete | |
| ☐ Drop Stair ☐ Stairs | ☐ Other | Fuel Gas | | Fireplace(s) # ☒ Fence Block | ☐ Garage # of Cars | |
| ☐ Floor ☒ Scuttle | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck Con ☒ Porch Cvd | | ☒ Carport # of Cars 1 | |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | | ☐ Pool ☐ Other | | ☒ Att. ☐ Det ☐ Built-in | |
| Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe) | | | | | | | |

Finished area above grade contains: 5 Rooms 3 Bedrooms 2.00 Bath(s) 1,626 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.) Stained wood kitchen cabinets, laminate kitchen counter, tile and carpet flooring, tiled showers and tile bath floors, mini-blinds, family room with built-in shelving, separate guest house.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.) The subject is in average condition for the area and age. No functional obsolescence noted. Floor plan is functional. Subject is currently for rent at $1,527/mo. Subject has a separate guest house with full bath and a wet bar. There is no cooking element, therefore it is not considered a full kitchen. Subject's guest house is in below average condition, therefore is given minimal contribution to market value. Subject's bath has an updated vanity and tile shower.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe.
This appraiser is not a professional home inspector and is not qualified for this purpose. If this is significant to the intended user of this report, it is recommended that a professional home inspector is hired for this purpose.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

NL - Residential 5/2007    This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited

Produced by ClickFORMS Software www.clickforms.net    Page 1 of 17

Miller Pipher, Inc (602) 266-6655

## Residential Appraisal Report

| There are | 35 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 69,000 to $ 550,000 |
| There are | 59 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 83,000 to $ 520,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 129 East Vista Del Cerro Drive | 115 East Encanto Drive | | 1610 South College Avenue | | 131 East Encanto Drive | |
| | Tempe, Arizona 85281 | Tempe, Arizona 85281 | | Tempe, Arizona 85281 | | Tempe, Arizona 85281 | |
| Proximity to Subject | | 0.06 miles SE | | 0.18 miles E | | 0.11 miles SE | |
| Sale Price | $ | $ 365,000 | | $ 280,000 | | $ 280,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 187.56 sq. ft. | | $ 173.05 sq. ft. | | $ 135.99 sq. ft. | |
| Data Source(s) | MLS/ Assessor | Parcel #133-16-068 | | Parcel #133-16-006 | | Parcel #133-16-065 | |
| Verification Source(s) | Inspection | MLS / 09-0660708 | | MLS / 09-0700560 | | MLS / 09-0224868 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | N/A | Cash | | FHA | | Conventional | |
| Concessions | N/A | N/A | | N/A | | N/A | |
| Date of Sale/Time | | 7/17/09 (6/19 CD) | NMD | 7/29/09 (6/24CD) | NMD | 3/13/09 (2/10CD) | NMD |
| Location | Very Good | Very Good | | Very Good/Traff | +10,000 | Very Good | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 8,717 +/-sf | 9,383 +-sf | -5,300 | 8,398 +-sf | 0 | 9,274 +-sf | -4,500 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Ranch / Avg | Ranch / Avg | | Ranch / Avg | | Ranch / Avg | |
| Quality of Construction | Block/Asphalt | Block/Asphalt | | Block/Asphalt | | Block/Asphalt | |
| Actual Age | 60 yrs | 49 yrs | -2,200 | 56 yrs | -5,000 | 59 yrs | |
| Condition | Avg | Avg | | Avg-Good | | Avg | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5 3 2.00 | 7 4 2.00 | | 6 3 2.00 | 0 | 7 4 2.00 | 0 |
| Gross Living Area | 1,626 sq. ft. | 1,946 sq. ft. | -12,800 | 1,618 sq. ft. | 0 | 2,059 sq. ft. | -17,300 |
| Basement & Finished | 367sf Gst-Fair | None | +8,500 | None | +8,500 | None | +8,500 |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | A/C | A/C | | A/C | | A/C | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | 1 Carport | 2 Carport | -2,000 | 1 Carport | | 1 Carport | |
| Porch/Patio/Deck | Porch | Cov Patio | -1,500 | Cov Patio | -1,500 | Cov Patio | -1,500 |
| Fireplace(s) | No Fireplace | 1 Fireplace | -1,500 | 1 Fireplace | -1,500 | 1 Fireplace | -1,500 |
| Site Imprv / Fence | Block | Block | | Block | | Block | |
| Upgrades | Below Avg | Avg | -5,000 | Avg | -5,000 | Below Avg | |
| Net Adjustment (Total) | | + [X] - | $ -21,800 | [X] + - | $ 5,500 | + [X] - | $ -16,300 |
| Adjusted Sale Price | | Net Adj: -6% | | Net Adj: 2% | | Net Adj: -6% | |
| of Comparables | | Gross Adj : 11% | $ 343,200 | Gross Adj: 11% | $ 285,500 | Gross Adj: 12% | $ 263,700 |

| X | did | | did not research the sale or transfer history of the subject property and comparable sales. If not, explain |

NMD = No Market Difference

| My research | | did | X | did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. |
Data source(s) MLS & Assessor Records
| My research | | did | X | did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale. |
Data source(s) MLS & Assessor Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No Sales History - 3 Yrs | No Sales History - 3 Years | No Sales History - 3 Years | No Sales History - 3 Years |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | MLS & Assessor Records | MLS & Assessor Records | MLS & Assessor Records | MLS & Assessor Records |
| Effective Date of Data Source(s) | Date of Inspection | Date of Inspection | Date of Inspection | Date of Inspection |

Analysis of prior sale or transfer history of the subject property and comparable sales
Comp 1:  Days On Market - 142    Original list price $429,000
Comp 2:  Days On Market - 132    Original list price $349,999
Comp 3:  Days On Market - 248    Original list price $449,900

Summary of Sales Comparison Approach   All of the sales used in this analysis were from the subject market area. All of the comps were considered good indicators of value and were given weight in the final value conclusion. See attached for additional comments.

Indicated Value by Sales Comparison Approach $  285,000

Indicated Value by: Sales Comparison Approach $ 285,000    Cost Approach (if developed) $ N/A    Income Approach (if developed) $ 181,700
The Market Approach is considered the best indicator of value in this market place and is given most weight. The Cost Approach was considered but not applied as it is not found to be reliable on maturing homes due to the subjective estimate of physical depreciation. The income approach is given secondary emphasis.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  This Summary Appraisal report is made in "as is" condition for the owner for asset management purposes.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 285,000 , as of 12/03/2009 , which is the date of inspection and the effective date of this appraisal.

NL - Residential 5/2007    This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited

## Residential Appraisal Report

**ADDENDUM CLARIFYING SCOPE OF WORK, INTENDED USER, AND TERMINOLOGY**

Appraisal is a branch of applied economics. It is distinct from the applied sciences (engineering, surveying, mold or environmental testing, etc), from the building trades (home inspection, pest and dry rot inspection, roof inspection, construction, etc.), and from the applied arts (architecture, home design or drafting).

The appraiser is not a home inspector and the appraisal report is not a home inspection. The appraisal report cannot be relied upon to disclose defects that are hidden or defects that are not apparent to an individual trained as an appraiser, and not trained in any of the other disciplines detailed in the preceding paragraph, from a visual observation of the surfaces of the subject property.

The testing of systems (structural, electrical, mechanical, heating, cooling, plumbing) and components (such as appliances, fixtures, doors, windows, etc.) lies outside of the scope of this appraisal assignment.

This report is not intended for use by the borrower for the purpose of identifying any adverse conditions in the subject's systems and components which might be revealed by any inspections by licensed professionals in any relevant field. This appraisal does not guarantee that the subject property is free of undetected problems, possible defects or environmental hazards that could exist.

Easements, encroachments, environmental conditions, hazardous wastes, toxic substances and detrimental land uses are reported only as visually observed at the site or known in the neighborhood or as reported to appraiser during the course of research. Site and utility easement typical of the neighborhood likely exist but were not researched as part of the scope of work. Scope of work does not include an attempt to research subject's title or legal documents. Appraiser has no expertise in the areas of law, title searching or environmental hazards or inspection for environmental conditions. Scope of work does not include determining if permits for work done on the property have been secured, if any required inspections by local building inspectors were performed, or if any certificates of occupancy have been properly completed. Scope of work does not included determination of code or zoning compliance. No soil reports, environmental audits, site assessments, or health department reports have been reviewed. Scope of work does not include any additional verification of any of these items and client is invited to employ the services of appropriate experts if any of these areas not covered by this scope of work are of concern.

Complete visual inspection of the subject property: A visual observation of the accessible areas and unobstructed, exposed surfaces of the interior and exterior living area without removal of personal possessions.

Intended User: The intender user of this report is the client. The Intended Use is to evaluate the property that is the subject of this appraisal for asset management purposes, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by this appraiser.

Use: Reading the appraisal report or possessing the report does not constitute use. Relying on the appraisal report to understand how the appraiser developed the opinion of value does not constitute use. Use means relying on the appraisal report to make a decision or to take an action.

As of the date of this report, Susan S. Miller, SRA has not completed the requirements under the continuing education program of the Appraisal Institute.

The reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute. Use of this report is subject to requirements of the Appraisal Institute relating to review by its duly authorized representatives.

### COST APPROACH TO VALUE (If applicable)

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| | | | |
|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
| Source of cost data | Dwelling 1,626 Sq. Ft. @ $ | | =$ |
| Quality rating from cost service    Effective date of cost data | Gst Hse 367 Sq. Ft. @ $ | | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | |
| Cost Approach is not found to be reliable on maturing homes | Garage/Carport 270 Sq. Ft. @ $ | | =$ |
| due to the subjective estimate of physical depreciation. | Total Estimate of Cost-new | | =$ 0 |
| | Less Physical Functional External | | |
| | Depreciation | | =$ (          ) |
| | Depreciated Cost of Improvements | | =$ |
| | "As-Is" Value of Site Improvements | | =$ |
| Estimated Remaining Economic Life (HUD and VA only)           Years | Indicated Value By Cost Approach | | =$ |

### INCOME APPROACH TO VALUE (if applicable)

Estimated Monthly Market Rent $ 1,540    X Gross Multiplier 118.00    =$ 181,700    Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) Subject's market rent is estimated at $.77/sf/month. GRM's were extracted from the market with a median GRM of 118 deemed reasonable. GRM'S ranged between 80 - 137.

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowner's Association (HOA)? ☐ Yes ☐ No  Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project N/A

Total number of phases              Total number of units              Total number of units sold

Total number of units rented        Total number of units for sale      Data source(s)

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data source.

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No, describe the status of completion.

Are the common elements leased to or by the Homeowner's Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

**GENERAL COMMENTS:**

The subject and comparables utilized are from an area of older, single family homes of average to fair construction quality. Most homes in the area are in need of some type of updating and/or routine maintenance which would be typical for homes of this age. Subject has a favorable location with very close proximity to the campus of Arizona State University and Mill Avenue.

**MARKET CONDITIONS - Market statistics from MLS for the subject market area (see page 2)**

Marketing times are typically 60 - 90 days.
Foreclosure properties are a factor in this market at approximately 54% of sales in the past year.
Median sales price from 11/2008 - 05/2009 was $160,000 and the last quarter was $161,500.
Median listing prices from the same two periods range from $220,000 to $182,700.
Based on sales and listing data, pricing is relatively stable at this time and no adjustment was made to the comparables for date of sale.
Absorption Rate = There is an approximate 12 month supply of homes for sale in competition with subject (similar in size and age), based on 35 active listings found in MLS, and 59 sales recorded in the past year (see page 2 statistics).

**SALES COMPARISON COMMENTS:**

Sales were searched throughout the subject market area which were most similar to the subject in dwelling size, construction quality, age/condition, location, lot size and amenities. The sales used in the Sales Comparison Analysis were the most recent and most similar comparables found. All of the sales were located in the subject's market area near ASU, the light rail line, Mill Avenue shopping, and dining, etc.

Sale 1 is considered a similar distance to ASU located in University Estates. It has been well maintained over the years and was recently updated with plumbing, painting and carpet. The kitchen has painted wood cabinets, laminate counters and standard appliances. It has upgraded ceiling fans, brick fireplace and a free standing storage workshop.

Sale 2 is located in close proximity to ASU. It has been remodeled with new carpet, tile flooring, two tone paint inside and out, new appliances with stainless steel refrigerator, granite tiled backsplash and updated baths. It has a fireplace, ceiling fans, french door and a game room that has closet and could be fourth bedroom. The back yard has block fence and rear parking access.

Sale 3 is located in similar proximity to ASU and is in the Tempe Historic ASU University Estates. It is mostly original in features. It has mature landscaping with large Pecan trees in rear. There is an exterior flagstone patio in rear yard with a built-in fireplace. It is noted that due to a lack of recent sales, Sale #3's date of sale is past 6 months however it does not have a negative impact on value based on market conditions stabilizing.

All of the sales used in this analysis were found to be good indicators of value and were given weight in the final value conclusion. No financing adjustments were found to be necessary.

**RENTAL DATA:**

Rental comparables were searched throughout the subject area that were similar in quality, size and age to subject. A few rentals were found in the MLS service, and several others were provided by the property owner.

Area rents for 3 Bd/2 Ba single family homes built between 1948 - 1968 range from $0.51 - $0.99 with an overall mean of $0.77.

Area rents for 3 Bd/1Ba single family homes built between 1948- 1968 range from $0.92 - $1.18. with an overall mean of $1.04.

Tenants typically pay utilities. Limited rents were found in MLS since this market area typically rents with only signage.

| Borrower | WRIGHT | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 129 East Vista Del Cerro Drive | | | | | |
| City Tempe | | County Maricopa | | State AZ | | Zip Code 85281 |
| Lender/Client | Timothy R. Wright | | Address | 727 West University Drive, Tempe, AZ 85281 | | |



**FRONT OF
SUBJECT PROPERTY**
129 East Vista Del Cerro Drive
Tempe, Arizona 85281



**REAR OF
SUBJECT PROPERTY**



**STREET SCENE**

| Borrower | WRIGHT | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 129 East Vista Del Cerro Drive | | | | | | |
| City Tempe | | County Maricopa | | | State AZ | | Zip Code 85281 |
| Lender/Client | Timothy R. Wright | | Address | 727 West University Drive, Tempe, AZ 85281 | | | |



Kitchen



Bath



Guest House

Borrower  **WRIGHT**
Property Address  129 East Vista Del Cerro Drive
City  Tempe        County  Maricopa                State  AZ            Zip Code  85281
Lender/Client  Timothy R. Wright        Address  727 West University Drive, Tempe, AZ  85281



Guest House/Wet Bar



Guest House/Bath



| | | |
|---|---|---|
| Borrower | WRIGHT | |
| Property Address | 129 East Vista Del Cerro Drive | |
| City  Tempe | County  Maricopa | State  AZ      Zip Code  85281 |
| Lender/Client  Timothy R. Wright | | Address  727 West University Drive, Tempe, AZ  85281 |



**COMPARABLE SALE #      1**
115 East Encanto Drive
Tempe, Arizona 85281



**COMPARABLE SALE #      2**
1610 South College Avenue
Tempe, Arizona 85281



**COMPARABLE SALE #      3**
131 East Encanto Drive
Tempe, Arizona 85281

Borrower   **WRIGHT**
Property Address   **129 East Vista Del Cerro Drive**
City   **Tempe**          County   **Maricopa**          State   **AZ**          Zip Code   **85281**
Lender/Client   **Timothy R. Wright**          Address   **727 West University Drive, Tempe, AZ  85281**



| | | | |
|---|---|---|---|
| Borrower | **WRIGHT** | | |
| Property Address | 129 East Vista Del Cerro Drive | | |
| City Tempe | County Maricopa | State **AZ** | Zip Code 85281 |
| Lender/Client Timothy R. Wright | Address 727 West University Drive, Tempe, AZ 85281 | | |



**Flood Map Legends**

**Flood Zones**

- Area inundated by 500-year flooding
- Area outside of the 100 and 500 year flood plains
- Area inundated by 100-year flooding
- Area inundated by 100-year flooding with velocity hazard
- Floodway area
- Floodway area with velocity hazard
- Area of undetermined but possible flood hazard
- Area not mapped on any published FIRM

**Flood Zone Determination**

SFHA (Flood Zone):  **Out**
Within 250 ft. of multiple flood zone? **No**
Community: **040054**
Community Name: **TEMPE, CITY OF**
Zone: **X50** Panel: **040054 2165H**      Panel Date: **09/30/2005**
FIPS Code: **04013**    Census Tract: **3190.00**

This Flood Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by the customer. That customer's use of this report is subject to the terms agreed by that customer when accessing this product. No third party is authorized to use or rely on this report for any purpose. NEITHER FIRST AMERICAN FLOOD DATA SERVICES NOR THE SELLER OF THIS REPORT MAKES ANY REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT ACCURACY OR COMPLETENESS OF THIS REPORT INCLUDING ANY WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. Neither FAFDS nor the seller of this Report shall have any liability to any third party for any use or misuse of this Report.

Borrower    WRIGHT
Property Address    129 East Vista Del Cerro Drive
City    Tempe    County    Maricopa    State    AZ    Zip Code    85281
Lender/Client    Timothy R. Wright    Address    727 West University Drive, Tempe, AZ 85281

Produced by ClickFORMS Software www.clickforms.net

| | | | |
|---|---|---|---|
| Borrower | WRIGHT | | |
| Property Address | 129 East Vista Del Cerro Drive | | |
| City  Tempe | County  Maricopa | State  AZ | Zip Code  85281 |
| Lender/Client | Timothy R. Wright | Address  727 West University Drive, Tempe, AZ  85281 | |



Sketch by Apex Medina™
Comments:

## AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 1626.3 | 1626.3 |
| CAR | Carport | 270.0 | 270.0 |
| P/P | Porch | 88.0 | 88.0 |
| OTH | Guest House | 367.5 | |
| | Lndry/Stg | 67.5 | 435.0 |

## LIVING AREA BREAKDOWN

| | Breakdown | | Subtotals |
|---|---|---|---|
| First Floor | | | |
| | 45.0  x  26.0 | | 1170.0 |
| | 4.0  x  23.0 | | 92.0 |
| | 15.5  x  23.5 | | 364.3 |

| | | |
|---|---|---|
| Net LIVABLE Area | (rounded) | 1626 |

| | | |
|---|---|---|
| 3 Items | (rounded) | 1626 |

This appraisal report is subject to the scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. The Appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**DEFINITION OF MARKET VALUE:** As per Fannie Mae the definition of market value is the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

NL - General Certification 5/2007   This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

Produced by ClickFORMS Software www.clickforms.net          Page   13   of   17

## APPRAISER'S CERTIFICATION: The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event.

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

NL - General Certification 5/2007    This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

Produced by ClickFORMS Software www.clickforms.net    Page  14  of  17

21. I am aware that any disclosure or distribution of this appraisal report by me or the client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

22. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

## SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature

Name   Cathy L. King
Company Name Miller Pipher, Inc (602) 266-6655
Company Address 3135 E Turney Ave
          Phoenix, AZ 85016
Telephone Number 602-266-6655
Email Address N/A
Date of Signature and Report 12/10/2009
Effective Date of Appraisal 12/03/2009
State Certification # 21852
or State License #
or Other (describe) _____ State # _____
State      AZ
Expiration Date of Certification or License 1/31/2010

ADDRESS OF PROPERTY APPRAISED
129 East Vista Del Cerro Drive
Tempe, Arizona 85281

APPRAISED VALUE OF SUBJECT PROPERTY $ 285,000
CLIENT
Name
Company Name Timothy R. Wright
Company Address 727 West University Drive
          Tempe, AZ 85281
Email Address _____

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature

Name    Sue S. Miller, SRA
Company Name  Miller Pipher, Inc.  (602) 266-6655
Company Address 3135 East Turney Avenue
          Phoenix, AZ 85016
Telephone Number 602-266-6655
Email Address  N/A
Date of Signature    12/10/2009
State Certification # 20019
or State License #
State AZ
Expiration Date of Certification or License   08/31/2010

**SUBJECT PROPERTY**

[ ] Did not inspect subject property
[ ] Did inspect exterior of subject property from street
     Date of Inspection
[X] Did inspect interior and exterior of subject property
     Date of Inspection 12/03/2009

**COMPARABLE SALES**

[ ] Did not inspect exterior of comparable sales from street
[X] Did inspect exterior of comparable sales from street
     Date of Inspection 12/03/2009

NL - General Certification 5/2007        This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

Produced by ClickFORMS Software www.clickforms.net        Page   15 of  17

Borrower   WRIGHT
Property Address  129 East Vista Del Cerro Drive
City  Tempe        County  Maricopa       State  AZ    Zip Code  85281
Lender/Client   Timothy R. Wright       Address   727 West University Drive, Tempe, AZ 85281



STATE OF ARIZONA

# BOARD OF APPRAISAL

BE IT KNOWN THAT

## CATHY L. KING

HAS MET ALL THE REQUIREMENTS AS A

*Certified Residential Real Estate Appraiser*

In accordance with Arizona Revised Statutes
and on authority of the Board of Appraisal, State
of Arizona.

This certificate shall remain evidence thereof
unless or until the same is suspended, revoked
or expires in accordance with the provisions of
law.

CERTIFICATE NUMBER
21852
EXPIRATION DATE
JANUARY 31, 2010

In witness whereof the Arizona Board of Appraisal
caused to be signed by the Chair of the Board
and the Executive Director

SHALL REMAIN PROPERTY OF ARIZONA BOARD OF APPRAISAL

Borrower  WRIGHT
Property Address  129 East Vista Del Cerro Drive
City  Tempe          County Maricopa        State AZ    Zip Code 85281
Lender/Client  Timothy R. Wright       Address  727 West University Drive, Tempe, AZ 85281



STATE OF ARIZONA

# BOARD OF APPRAISAL

BE IT KNOWN THAT

## SUSAN S. MILLER

HAS MET ALL THE REQUIREMENTS AS A

*Certified Residential Real Estate Appraiser*

*In accordance with Arizona Revised Statutes and on authority of the Board of Appraisal State of Arizona.*

*This certificate shall remain evidence thereof unless or until the same is suspended, revoked or expires in accordance with the provisions of law.*

CERTIFICATE NUMBER
20019
EXPIRATION DATE
AUGUST 31, 2010

*In witness whereof the Arizona Board of Appraisal caused to be signed by the Chair of the Board and the Executive Director*

SHALL REMAIN PROPERTY OF ARIZONA BOARD OF APPRAISAL