# TIFFANY & BOSCO
P.A.

2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-32255

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-32244-SSC |
| Timothy Ray Wright<br>Debtor. | Chapter 11 |
| Northern Trust, NA | CERTIFICATE OF SERVICE |
| Movant,<br>vs. | |
| Timothy Ray Wright, Debtor; U.S. Trustee-PHX, Trustee. | |
| Respondents. | |

STATE OF ARIZONA )
                          ) ss:
County of Maricopa )

    I, Mark S. Bosco, under oath, depose and say:

    That on 9th day of April, 2010 I caused to be mailed a copy of the Order Setting Preliminary Hearing on Motion for Relief from the Automatic Stay and Establishing Procedures for Presentation of

Evidence at Final Hearing, in reference to the above captioned matter, by U.S. mail, postage prepaid, to the following interested parties:

Timothy Ray Wright
727 W University Drive
Tempe, AZ 85281
Debtors

Howard C. Meyers
702 E. Osborn Rd. #200
Phoenix, AZ 85014
Attorney for Debtors

U.S. Trustee-PHX
230 North First Avenue Suite 204
Phoenix, AZ 85003
Trustee

Northern Trust, NA
2398 East Camelback Road, Suite 400
Phoenix, AZ 85016
Movant

TIFFANY & BOSCO, P.A.

BY _____
Mark S. Bosco
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016
Attorney for Movant

SUBSCRIBED and SWORN to before me this 9th day of April, 2010.

_____
Notary Public

OFFICIAL SEAL
JULIE A. PURVIS
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 26, 2013