Bradley J. Stevens – 006723
Jeffrey P. Boshes – 004530
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5955
Facsimile: (602) 495-2729
bstevens@jsslaw.com

Attorneys for Washington Federal Savings, a federally-chartered savings and loan association

**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>TIMOTHY RAY WRIGHT,<br><br>Debtor.<br><br>WASHINGTON FEDERAL SAVINGS, a federally-chartered savings and loan association,<br><br>Movant;<br><br>vs.<br><br>TIMOTHY RAY WRIGHT,<br><br>Respondent. | Chapter 11 Proceedings<br><br>Case No. 2:09-BK-32244-SSC<br><br>**CERTIFICATE OF SERVICE** |

**DEBORAH SHARP** hereby certifies as follows:

On April 27, 2010, in my capacity as legal secretary to Bradley J. Stevens at Jennings, Strouss & Salmon, P.L.C., I caused to be delivered via Email or U.S. Mail as

3549041v1(60104.11)                                                              1

indicated, a copy of the ORDER SETTING PRELIMINARY HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ESTABLISHING PROCEDURES FOR PRESENTATION OF EVIDENCE AT FINAL HEARING to all parties on the attached Service List.

DATED this 27th of April, 2010.

                                          /s/ Deborah Sharp
                                          Deborah Sharp

SERVICE LIST

Timothy Ray Wright, Case No. 2:09-bk-32244-SSC

Via Email:

Howard C. Meyers
BURCH & CRACCHIOLO, P.A.
702 E. Osborn, #200
Phoenix, AZ 85014
hmyers@bcattorneys.com
*Counsel for Debtor and Debtor in Possession*

Thomas C. Axelsen
SHERMAN & HOWARD L.L.C.
2800 N. Central Ave., #1100
Phoenix, AZ 85004-1043
*Interested Party*
taxelsen@shermanhoward.com

Mark Bosco
TIFFANY & BOSCO, P.A.
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016
*Attorneys for J.P. Morgan Mortgage Acquisition Corp. C/O Chase Home Finance, L.L.C. as Servicing Agent.; PPH Mortgage Corp.; Northern Trust, NA; HSBC Bank USA*
ecf@tblaw.com

Janel M. Glynn
John R. Clemency
GALLAGHER & KENNEDY
2575 E. Camelback Road #1100
Phoenix AZ 85016
*Attorneys for Bank of America, N.A.*
janel.glynn@gknet.com

Richard G. Himelrick
TIFFANY & BOSCO, P.A.
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016
*Attorneys for Nicole Hymas*
rgh@tblaw.com

Jason Sherman
PERRY & SHAPIRO, LLP

Last Updated: 4/27/2010

3300 N. Central Avenue., Ste 2200
Phoenix, AZ 85012-2582
*Attorneys for Chase Home Finance, LLC*
ECFNotices@logs.com

Issac M. Gabriel
QUARLES & BRADY LLP
2 N. Central Avenue
Phoenix, AZ 85004-2391
*Attorneys for MidFirst Bank*
isaac.gabriel@quarles.com

Matthew Silverman
MCCARTHY, HOLTHUS & LEVINE
3636 N. Central Avenue, Suite 1050
Phoenix, AZ 85012
*Attorneys for JPMorgan Chase Bank; JP Morgan Chase Bank National Association; TMST Home Loans, Inc.;*
msilverman@mccarthyholthus.com

Dean R. Prober, Esq.
Prober & Raphael
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364
emartin@pprlaw.net
*Agent for BAC Home Loan Servicing, LP*

Margaret Gillespie
Collins, May, Potenz, Baran & Gillespie
2210 Chase Tower
201 N. Central avenue
Phoenix, AZ 85004-0022
Attorneys for Compass Bank
mgillespie@cmpbglaw.com
*Attorneys for Compass Bank*

Ramesh Singh
GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
*Authorized Agent for GE Money Bank*
claims@recoverycorp.com

Renee Sandier Shamblin
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
renee.s.shamblin@usdoj.gov

Last Updated: 4/27/2010

<u>Via U.S. Mail:</u>

U.S. Trustee
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003

Timothy Ray Wright
727 W. University Dr.
Tempe, AZ 85821

Countrywide Home Loans
Customer Service
P.O. Box 5170
Simi Valley, CA 93062-5170

Chase
Customer Service
P.O. Box 9176
Coppell, TX 75019-9176

Bank of Oklahoma
P.O. Box 35688
Tulsa, OK 74153-0688

Merrill Lynch Mortgage Service Center
P.O. Box 5459
Mt. Laurel, NJ 08054-5459

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Bank of America
P.O. Box 21848
Greensboro, NC 27420-1848

Mike Fillian
14825 S. 13th Way
Phoenix, AZ 85048

Maria Tsagaris
MCCALLA RAYMER, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102
*Attorneys for Wells Fargo Bank, N.A.*

Last Updated: 4/27/2010

3398892v1(60104.11)