1  Christopher R. Kaup, State Bar No. 014820
2  J. Daryl Dorsey, State Bar No. 024237
   **TB TIFFANY & BOSCO**
3  Third Floor, Camelback Esplanade II
   2525 East Camelback Road
4  Phoenix, Arizona 85016-4237
5  Telephone: (602) 255-6000
   Facsimile: (602) 255-0103
6  E-Mail: crk@tblaw.com; jdd@tblaw.com
   *Attorneys for Nicole P. Hymas*

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>TIMOTHY RAY WRIGHT,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:09-bk-32244-SSC<br><br>**NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

Nicole P. Hymas ("Hymas"), a creditor and party-in-interest in the above-captioned proceedings, by and through her undersigned counsel, hereby gives notice of the filing of her *Motion for Relief from the Automatic Stay*. The Motion requests an Order granting relief from the automatic stay of 11 U.S.C. § 362(a) to permit Hymas to exercise her rights and remedies under state law to continue her defense of an appeal currently pending in the Arizona Court of Appeals, Case No. (CV2006-003485) between the Debtor (as Appellant) and her (as Appellee).

A copy of the Motion is on file with the Office of the Clerk of the United States Bankruptcy Court at the address shown below and is available for public inspection during business hours.

Any and all objections to the Motion must be made in writing, with the original thereof filed under the above case caption, to:

>Office of the Clerk
>United States Bankruptcy Court
>230 North First Avenue
>Phoenix, Arizona 85003

with a copy of the written objection served that same day upon the attorney for Hymas whose name and address is:

>Christopher R. Kaup, Esq.
>Tiffany & Bosco, P.A.
>Third Floor Camelback Esplanade II
>2525 East Camelback Road
>Phoenix, Arizona 85016-4237

If no objections are properly filed and served within **14 days** from the date of this Notice, the Court may enter the attached proposed form of Order granting the relief sought in the Motion without any further hearings in this matter.

**DATED** this 15th day of June, 2010.

**TIFFANY & BOSCO, P.A.**

By: /s/ Christopher R. Kaup, #014820
    Christopher R. Kaup, Esq.
    J. Daryl Dorsey, Esq.
    Third Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016-4237
    *Attorneys for Nicole P. Hymas*

**FOREGOING** filed electronically with the United States Bankruptcy Court for the District of Arizona this 15th day of June, 2010, with a **COPY** of the foregoing mailed this same date to:

Timothy Ray Wright
727 West University Drive
Tempe, AZ 85281
*Debtor*

Howard C. Meyers, Esq.
BURCH & CRACCHIOLO, P.A.
702 East Osborn, Suite 200
Phoenix, AZ 85014
hmeyers@bcattorneys.com
*Attorneys for Debtor*

Ramesh Singh
RECOVERY MANAGEMENT SYSTEMS CORP.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605
claims@recoverycorp.com
*Agent for GE Money Bank*

Thomas Collins, Esq.
MARICOPA COUNTY OFFICE OF GENERAL LITIGATION SERVICES
301 West Jefferson Street, Suite 3200
Phoenix, AZ 85003
collinst005@mail.maricopa.gov
*Attorneys for Maricopa County*

Thomas C. Axelsen, Esq.
SHERMAN & HOWARD, L.L.C.
2800 North Central Avenue, Suite 1100
Phoenix, AZ 85004-1043
taxelsen@shermanhoward.com
*Attorneys Pro Se*

David E. McAllister, Esq.
Josephine E. Piranio, Esq.
Brian Paino, Esq.
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
jsalmon@piteduncan.com
*Attorneys for JPMorgan Chase Bank, National Association*

Mark S. Bosco, Esq.
Leonard J. McDonald, Esq.
TIFFANY & BOSCO, P.A.
2525 East Camelback, Suite 300
Phoenix, AZ 85016
ljm@tblaw.com; msb@tblaw.com
*Attorneys for Bank of Oklahoma, N.A.; fka Bancoklahoma Mortgage Corporation; U.S. Bank, National Association, as Trustee for the Holders of Bear Stearns ARM Trust Mortgage Pass-Through Certificates, Series 2005-10; HSBC Bank USA, National Association as Trustee for MLCC 2007-2; J.P. Morgan Mortgage Acquisition Corp. c/o Servicing Agent Chase Home Finance, L.L.C.; J.P. Morgan Chase Bank, N.A. c/o Servicing Agent Chase Home Finance, LLC; PHH Mortgage Corporation; Northern Trust, N.A.*

| | | |
|---|---|---|
| 1 | Bradley J. Stevens, Esq.<br>JENNINGS, STROUSS & SALMON, PLC<br>201 East Washington Street, 11th Floor<br>Phoenix, AZ  85004-2385<br>bstevens@jsslaw.com<br>*Attorneys for Washington Federal Savings* | Christopher R. Perry, Esq.<br>Jason P. Sherman, Esq.<br>PERRY & SHAPIRO, L.L.P.<br>3300 North Central Avenue, Suite 2200<br>Phoenix, AZ  85012<br>aznotices@logs.com<br>*Attorneys for Chase Home Finance, LLC and PHH Mortgage Corporation* |
| | John R. Clemency, Esq.<br>Janel M. Glynn, Esq.<br>GALLAGHER & KENNEDY, P.A.<br>2575 East Camelback Road<br>Phoenix, AZ  85016-9225<br>John.clemency@gknet.com;<br>Janel.glynn@gknet.com<br>*Attorneys for Bank of America, N.A.* | Dean R. Prober, Esq.<br>PROBER & RAPHAEL<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA  91364<br>dprober@pralc.com<br>*Agents for Specialized Loan Servicing, L.L.C. and BAC Home Loans Servicing, L.P.* |
| | Brian Sirower, Esq.<br>Isaac M. Gabriel, Esq.<br>QUARLES & BRADY LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ  85004-2391<br>brian.sirower@quarles.com<br>isaac.gabriel@quarles.com<br>*Attorneys for Midfirst Bank* | Margaret A. Gillespie, Esq.<br>COLLINS, MAY, POTENZE, BARAN & GILLESPIE, P.C.<br>201 North Central Avenue, 22nd Floor<br>Phoenix, AZ  85004-0608<br>mgillespie@cmpbglaw.com<br>*Attorneys for Compass Bank* |
| | Maria Tsagaris, Esq.<br>MCCALLA RAYMER, LLC<br>1544 Old Alabama Road<br>Roswell, GA  30076-2102<br>bkmail@prommis.com<br>*Authorized Agent for Wells Fargo Bank, N.A.* | James B. Ball, Esq.<br>POLI & BALL, P.L.C.<br>2999 North 44th Street, Suite 500<br>Phoenix, AZ  85018<br>ball@poliball.com<br>*Attorneys for JPMorgan Chase Bank, N.A.* |
| | Hilary L. Barnes, Esq.<br>THE CAVANAGH LAW FIRM<br>1850 North Central Avenue, Suite 2400<br>Phoenix, AZ  85004-4527<br>hbarnes@cavanaghlaw.com<br>*Attorneys for Michael E. Fillion, Trustee for the Fillion Family Revocable Trust and the Fillion Decedents Trust* | Rick D. Sherman, Esq.<br>LAW OFFICES OF RICK D. SHERMAN<br>402 West Roosevelt, Suite J<br>Phoenix, AZ  85003<br>ricksherman@qwestoffice.net<br>*Attorneys for Helen I. Dumas, Trustee of the Dumas Family Trust dated June 6, 1994* |

| | |
|---|---|
| Ronald M. Horwitz, Esq.<br>Janessa E. Koenig, Esq.<br>JABURG & WILK, P.C.<br>3200 North Central Avenue, Suite 2000<br>Phoenix, AZ  85012<br>rmh@jaburgwilk.com<br>jek@jaburgwilk.com<br>*Attorneys for Wells Fargo Bank, N.A.* | Michelle C. Lombino, Esq.<br>JABURG & WILK, P.C.<br>3200 North Central Avenue, Suite 2000<br>Phoenix, AZ  85012<br>*Attorneys for Wells Fargo Bank, N.A.* |
| Richard G. Himelrick, Esq.<br>TIFFANY & BOSCO, P.A.<br>2525 East Camelback Road, Suite 300<br>Phoenix, AZ  85016<br>rgh@tblaw.com<br>*Attorneys for Nicole Hymas* | Renee Sandler Shamblin, Esq.<br>OFFICE OF THE US TRUSTEE<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003<br>renee.s.shamblin@usdoj.gov<br>*U.S. Trustee* |
| **20 Largest Unsecured Creditors**<br>Wells Fargo<br>P.O. Box 10355<br>Des Moines, IA  50306 | **20 Largest Unsecured Creditors**<br>City Wide Home Loans<br>Customer Service<br>P.O. Box 5170<br>Simi Valley, CA  93062-5170 |
| Midfirst Bank<br>3030 East Camelback<br>Phoenix, AZ  85016 | Chase<br>Customer Service<br>P.O. Box 9176<br>Coppell, TX  75019-9176 |
| Bank of Oklahoma<br>P.O. Box 35688<br>Tulsa, OK  74153-0688 | Compass<br>P.O. Box 10566<br>Birmingham, AL  35202-0566 |
| Washington Federal<br>425 Pike Street<br>Seattle, WA  98101 | Merrill Lynch<br>Mortgage Service Center<br>P.O. Box 5459<br>Mt. Laurel, NJ  08054-5459 |
| Bank of America<br>P.O. Box 15026<br>Wilmington, DE  19850-5026 | Mike Fillian<br>14825 South 13th Way<br>Phoenix, AZ  85048 |
| All parties listed on the Court's Master Mailing Matrix. | Bank of America<br>P.O. Box 21848<br>Greensboro, NC  27420-1848 |

/s/ Lauri Andrisani

Christopher R. Kaup, State Bar No. 014820
J. Daryl Dorsey, State Bar No. 024237
**TB TIFFANY & BOSCO**
P.A.
Third Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com; jdd@tblaw.com
*Attorneys for Nicole P. Hymas*

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

In re:

TIMOTHY RAY WRIGHT,

Debtor.

Chapter 11

Case No. 2:09-bk-32244-SSC

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This matter having come before the Court pursuant to a *Motion for Relief from the Automatic Stay* filed by Nicole P. Hymas ("Movant") on January 14, 2010, at Docket Entry No. 499 (the "Motion"), and the Motion having been properly served and noticed, and good cause appearing;

**IT IS HEREBY ORDERED** granting the Motion;

**IT IS FURTHER ORDERED** that all stays and injunctions, including the automatic stay imposed by U.S. Bankruptcy Code § 362(a) are hereby immediately vacated and annulled to permit Movant to exercise her rights and remedies under state law to continue her defense of an appeal currently pending in the Arizona Court of

| | |
|---|---|
| 1 | Appeals, Case No. (CV2006-003485) between the Debtor (as Appellant) and her (as |
| 2 | Appellee). |
| 3 | **IT IS FURTHER ORDERED** that Movant and/or its successors or assigns are |
| 4 | hereby authorized to take whatever actions Movant deems appropriate to exercise any |
| 5 | and all rights and remedies as to the relief sought in the Motion. |
| 6 | **IT IS FURTHER ORDERED** that this Order vacating and annulling the |
| 7 | automatic stay imposed by U.S. Bankruptcy Code § 362(a) shall be binding and effective |
| 8 | in the event the Debtor convert this case to another chapter under the U.S. Bankruptcy |
| 9 | Code. |
| 10 | **IT IS FURTHER ORDERED** waiving the 14-day stay provided by Rule |
| 11 | 4001(a)(3), Fed.R.Bankr.P. |
| 12 | **DATED AND SIGNED ABOVE.** |