1  BRIAN A. PAINO (AZ BN 027091)
   KYLE J. SHELTON (AZ BN 027379)
2  PITE DUNCAN LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858)750-7600
   Facsimile:  (619) 590-1385
5

6  Attorneys for WELLS FARGO BANK, N.A

7

8

9
                    UNITED STATES BANKRUPTCY COURT
10
                    DISTRICT OF ARIZONA - PHOENIX DIVISION
11

| In re | Case No. 2:09-bk-32244-SSC |
|---|---|
| TIMOTHY RAY WRIGHT, | Chapter 11 |
| Debtor(s). | PROOF OF SERVICE BY MAIL |

15     I, Justin N. Wade, declare that:

16     I am employed in the County of San Diego, California.  My business address is: 4375

17  Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.   I am over the age of

18  eighteen years and not a party to this cause.

19  On  August 17, 2010, I served the OBJECTION TO CONFIRMATION OF CHAPTER 13

20  PLAN, in said cause by placing a copy thereof enclosed in a sealed envelope with postage

21  thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows:

22  SEE ATTACHED SERVICE LIST.

23     I declare under penalty of perjury that the foregoing is true and correct and that this

24  declaration was executed on August 17, 2010, at San Diego, California.

25
                                    /s/  Justin N. Wade
26                                  JUSTIN N. WADE

## SERVICE LIST

**DEBTOR(S)**

Timothy Ray Wright
727 West University Drive
Tempe, Arizona 85281

**DEBTOR(S) ATTORNEY**

Howard C. Meyers
Burch & Cracchiolo, P.A.
702 E. Osborn, #200
Phoenix, AZ 85014

**U.S. TRUSTEE**

Attorney for U.S. Trustee
Department of Justice
230 North First Avenue Suite 204
Phoenix, AZ 85003

Renee Sandler Shamblin
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706