IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: August 17, 2010



_____
SARAH S. CURLEY
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TIMOTHY RAY WRIGHT,<br><br>Debtor. | Case No. 2:08-bk-14959-RTBP<br><br>Chapter 13 Proceedings<br><br>**ORDER GRANTING MOTION FOR RELIEF** |

This matter having come before the Court pursuant to the *Motion for Relief* (the "Motion") filed by Nicole P. Hymas ("Movant") and the objection filed by the Debtor. The Court finds that good cause appears and therefore;

**IT IS HEREBY ORDERED** the Motion is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the automatic stay imposed by 11 U.S.C. § 362 is vacated to allow Movant to exercise her rights and remedies under state law to continue her defense of an appeal regarding the enforcement of a certain settlement currently pending in the Arizona Court of Appeals, Case No. (CV2006-003485) between the Debtor (as Appellant) and her (as Appellee).

**IT IS FURTHER ORDERED** that to the extent that the appeal results in an enforceable judgment, no enforcement shall occur without further order of this Court; and

**IT IS FURTHER ORDERED** waiving the 14-day stay provided by Rule 4001(a)(3), Fed.R.Bankr.P.

**DATED AND SIGNED ABOVE.**

438924/13871-002                           -1-