GERARD R. O'MEARA, ESQUIRE
Bar No. 002434
Gust Rosenfeld, P.L.C.
1 South Church Avenue, Suite 1900
Tucson, Arizona 85701-1620
(520) 628-7070
*gromeara@gustlaw.com*

PROBER & RAPHAEL, A LAW CORPORATION
P. O. Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100
PR# C.094-10109
Attorneys for Secured Creditor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>TIMOTHY RAY WRIGHT,<br><br>      Debtor.<br>_____ | ) Bankruptcy Case No.<br>) 2:09-bk-32244-SSC<br>)<br>) Chapter 11<br>)<br>) NOTICE OF APPEARANCE AND<br>) REQUEST FOR NOTICE |

      BAC Home Loans Servicing, L.P., servicing agent on behalf of The Bank of New York Mellon, f/k/a The Bank of New York as Trustee for the Certificateholders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB3, Mortgage Pass-Through Certificates, Series 2006-HYB3, its assignees and/or successors in interest, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings, and requests that the name and address of its attorneys be added to the mailing list in this matter, and that all future notices which creditors are entitled to receive be mailed to said attorneys.

      DATED this 18th day of August, 2010.

                          GUST ROSENFELD, P.L.C.

                          By /s/ Gerard R. O'Meara
                            Gerard R. O'Meara, Esquire
                            Attorneys for Secured Creditor