GERARD R. O'MEARA, ESQUIRE
Bar No. 002434
Gust Rosenfeld, P.L.C.
1 South Church Avenue, Suite 1900
Tucson, Arizona 85701-1620
(520) 628-7070
*gromeara@gustlaw.com*

PROBER & RAPHAEL, A LAW CORPORATION
P. O. Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100
PR# C.094-10109
Attorneys for Movant

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | ) | |
|---|---|---|
| | ) | Bankruptcy Case No. |
| TIMOTHY RAY WRIGHT, | ) | 2:09-bk-32244-SSC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| BAC HOME LOANS SERVICING, L.P., as servicing agent on behalf of the Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders CWMBS, INC. CHL Mortgage Pass-Through Trust 2006-HYB3, Mortgage Pass-Through Certificates Series 2006-HYB3, its assignees and/or successors in interest, | ) ) ) ) ) ) ) ) | |
| | ) | CERTIFICATE OF MAILING |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TIMOTHY RAY WRIGHT, Debtor; | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

PLEASE TAKE NOTICE that an Objection to Debtor's Chapter 11 Plan of Reorganization and Notice of Appearance have been mailed via U.S. Mail, with first-class postage thereon, to all parties on the attached Service List.

DATED this 18th day of August, 2010.

GUST ROSENFELD, P.L.C.

By /s/ Gerard R. O'Meara
Gerard R. O'Meara, Esquire
Bar No. 002434

STATE OF ARIZONA  )
                  ) ss.
County of Pima    )

SUBSCRIBED AND SWORN TO before me this 18th day of August, 2010, by Gerard R. O'Meara.

/s/ Lois A. Hall
Notary Public

**SERVICE LIST**

Timothy Ray Wright
727 W. University Drive
Tempe, AZ 85281
Debtor

Howard C. Meyers, Esquire
Burch & Cracchiolo, P.A.
702 E. Osborn, #200
Phoenix, AZ 85014
Attorney for Debtors

Renee Sandler Shamblin, Esquire
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Attorney for the U.S. Trustee

**Creditors Holding 20 Largest Unsecured Claims**

Wells Fargo
P.O. Box 10335
Des Moines, IA 50306

Country Wide Home Loans
Customer Service
P.O. Box 5170
Simi Valley, CA 93062-5170

Midfirst Bank
3030 E. Camelback
Phoenix, AZ 85016

Chase
Customer Service
P.O. Box 9176
Coppell, TX 75019-9176

Bank of Oklahoma
P.O. Box 35688
Tulsa, OK 74153-0688

Compass
P.O. Box 10566
Birmingham, AL 35296

Washington Federal
425 Pike St.
Seattle, WA 98101

Merrill Lynch
Mortgage Service Center
P.O. Box 5459
Mt. Laurel, NJ 08054-5459

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Mike Fillian
14825 S. 13th Way
Phoenix, AZ 85048

Bank of America
P.O. Box 21848
Greensboro, NC 27420-1848